K Leav

#05-20677
Gillard

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**  104
1-2/210

| Case | Debtor |
|---|---|
| 05-20677 A | GILLARD, ELVIN JAMES, JR. |
| 812096092466 | GILLARD, ROCHELLE YOLANDA |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date 10/25/2007   $ *******1,883.06

~~~One Thousand Eight Hundred Eighty-Three Dollars and 06/100

Pay to the Order of
U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

MICHAEL CHIASSON

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆0000 2⑆ ⑈3⑈ 209609 2466⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222977   — KW
* * C O P Y * *
October 30, 2007
13:25:59

TREASURY REGFUND
05-20677

Debtor.: ELVIN JAMES GILLARD
Trustee: Michael Chiasson
Amount.:          $1,883.06 CH
Check#.: 104

Total-> $1,883.06

FROM: CHIASSON

10/30/07

# 1883.⁰⁶

Deposited to
Treasury 6047BK
due debtors;
Edwin & Rochelle
Gillard
ke