UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE  
Debtor(s) Elvin Jame Gillard, Jr  
Rochelle Yolanda Gillard

BANKRUPTCY CASE NO. 05-20683

CHAPTER 7

2010 MAY 17 P 12:38

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, Rochelle Gillard, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 10.30.07, the trustee of this estate deposited the sum of $1,883.06, belonging to Elvin Jame Gillard Jr + Rochelle Yolanda Gillard, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Rochelle Gillard at the following address: 4420 Walmsley Ave. N.O. LA 70125.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

5/6/10

Rochelle Gillard  
4420 Walmsley Ave.  
N.O. LA 70125  
504-214-6094  
rrussgill@yahoo.com

Subscribed and Sworn Before Me this 06 day of MAY, 2010.

Notary Public in and for the State of LOUISIANA  
My commission expires: AT DEATH

PHILIP L. KITCHEN  
Attorney at Law & Notary Public  
LA Bar No. 07427  
LA Notary ID No. 27896  
Commission Expires at Death

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                       BANKRUPTCY CASE NO. 05-20677

Debtor(s) Elvin James Gillard Jr            CHAPTER  7
          Rochelle Yolanda Gillard

CERTIFICATE OF SERVICE

I, Rochelle Gillard, certify that on 4/26/10, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Rochelle Gillard
4420 Wilmsley Ave.
N.O. LA 70125
504-214-6094
rrussgill@yahoo.com