# United States Bankruptcy Court
# Eastern District of Louisiana

To: Rochelle Gillard                                    Case Number: 05-20677

Debtor(s): Elvin James Gillard, Jr. and                 Chapter: 7
Rochelle Yolanda Gillard

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

- ✓ Multiple parties. If the amount was originally deposited in the name of multiple parties, the motion to withdraw funds must include all of the same parties. The Clerk's office will issue any check in the name of all of the parties listed on the original deposit. The only exception is if good cause is shown, such as a death or consent of the party not being included in the check.

- ✓ Elvin James Gillard, Jr.'s driver's license and a copy of the social security card are needed.

- ✓ Signature of Elvin Gillard is needed in addition the to the existing signature of Rochelle Gillard.

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl A. Vogel
Fiscal Supervisor

Date: May 24, 2010